5438 MRS/JMK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE MEDRANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 13 C 0084 |
| | ) |
| DR. GHOSH, DR. SHICKER, DR. A. FUNK, | ) Honorable Judge Elaine E. Bucklo |
| WEXFORD HEALTH SOURCE, INC., CHARLES | ) |
| FASANO, and MR. S. GODINEZ, | ) |
| | ) |
| Defendants. | ) |

## Defendant, Dr. Parthasarathi Ghosh's
## Motion for Leave to Waive Reply

Defendant, PARTHASARATHI GHOSH, M.D. ("Dr. Ghosh"), through his attorneys CUNNINGHAM, MEYER & VEDRINE, P.C., hereby moves this Honorable Court for leave to waive the filing of an answer to plaintiff's Second Amended Complaint. In support, Defendant states:

1. Plaintiff's Second Amended Complaint purports to state causes of action against defendants under 42 U.S.C. § 1983 for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment of the Constitution. Specifically, plaintiff, an inmate at Pontiac Correctional Center, alleges that he has been denied medical care by the defendants for his back pain, shoulder pain and carpal tunnel syndrome.

2. The Prison Litigation Reform Act (the "PLRA") provides: "Any defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983 of this title or any other Federal law. Notwithstanding any other law or rule of procedure, such waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply

has been filed." 42 U.S.C. § 1997e(g)(1). Further, the PLRA provides that "[t]he court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." 42 U.S.C. § 1997e(g)(2).

3.     Defense counsel does not presently have access to plaintiff's prison or medical records and is, therefore, unable to investigate the claims made in the complaint and meaningfully respond thereto. Accordingly, leave is sought to waive the filing of an answer to plaintiff's complaint pursuant to 42 U.S.C. § 1997e(g)(1).

WHEREFORE, Defendant, PARTHASARATHI GHOSH, M.D., respectfully requests this Court to enter an order excusing the filing of a responsive pleading to plaintiff's complaint.

Respectfully submitted,

CUNNINGHAM, MEYER & VEDRINE, P.C.

/s/ Joel M. Koppenhoefer
Joel M. Koppenhoefer (ARDC No. 6256230)
CUNNINGHAM, MEYER & VEDRINE, P.C.
1 East Wacker Drive, Suite 2200
Chicago, Illinois 60601
Tel: (312) 578-0049
Fax: (312) 578-0247
E-Mail: jkoppenhoefer@cmvlaw.com